IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00208-WDM-KLM

COLORADO TRUST FOR PROTECTION & BENEFITS,
RAYMOND MCCARTY, and
SANDRA MCCARTY,

    Plaintiffs,

v.

SOUDER, MILLER & ASSOCIATES, INC., a Nevada Corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Amend Complaint** [Docket No. 19; Filed September 21, 2010]. At the time of the Motion's filing, Plaintiffs believed the Motion to be opposed. However, on September 23, 2010, Defendant filed a Response to the Motion [Docket No. 21]. Therein, Defendant noted that while it does not agree with the facts as alleged by Plaintiffs in the proposed Amended Complaint, it has no legal basis to object to the amendment. As such, the Court considers the Motion to be unopposed. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Court accepts the Amended Complaint [Docket No. 19-1] for filing as of today's date.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Amended Complaint on or before **October 20, 2010**.

    Dated: September 30, 2010