IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 10-cv-00208-WDM-KLM

COLORADO TRUST FOR PROTECTION & BENEFITS, et al.,

     Plaintiffs,

v.

SOUDER, MILLER & ASSOCIATES, INC.,

     Defendant.

_____

### MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     Plaintiff's motion and brief (Doc. Nos. 26 & 27) are stricken for failure to comply with D.C.COLO.LCivR 56.1A.

Dated:  November 2, 2010

                    s/ Jane Trexler, Judicial Assistant