IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00208-WDM-KLM

COLORADO TRUST FOR PROTECTION & BENEFITS,
RAYMOND MCCARTY, and
SANDRA MCCARTY,

    Plaintiffs,

v.

SOUDER, MILLER & ASSOCIATES, INC., a Nevada Corporation,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Discovery Stipulation (Unopposed Motion)** [Docket No. 39; Filed May 13, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is entered as an Order of the Court as of today's date.

Dated: May 16, 2011