IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Hon. Walker D. Miller

Civil Action No.     2010 cv 208 - WDM - KLM

COLORADO TRUST FOR PROTECTION & BENEFITS,
RAYMOND McCARTY,
SANDRA McCARTY,

    Plaintiffs,

v.

SOUDER, MILLER & ASSOCIATES, INC.
(A New Mexico Corporation)

    Defendant.

## STIPULATED PROTECTIVE ORDER

BY STIPULATION OF THE PARTIES, and, for good cause appearing:

1. A Fed.R.Civ.P. 34 inspection of the property at issue in this matter is scheduled for 10 AM on May 18, 2011.

2. Defendant has submitted correspondence detailing the scope of the inspection, the parties that will conduct the inspection have provided insurance certificates showing liability and workers' compensation insurance coverage.

3. The parties have stipulated that any of the Defendant's agents, employees, experts, or consultants who inspect the Plaintiffs' property, pursuant to a discovery request, shall assume the risk of any occurrences, acts, or omissions on the property, and, waive any and all claims for liability against the Plaintiffs, regarding any injuries that may arise during the inspection of the property for any reason.

IT IS HEREBY ORDERED, that the Defendant's agents, employees, experts, or consultants who inspect the Plaintiffs' property, pursuant to a discovery request, shall assume the risk of any occurrences, acts, or omissions on the property, and, waive any and all claims for liability against the Plaintiffs as to any injuries that may arise during the inspection of the property.

DATED THIS: *16th day, May, 2011*

*[signature]*
United States Magistrate Judge
~~United States District Judge~~

/s/ James E. Preston
    Attorney for the Plaintiffs

/s/ Timothy R. Gablehouse
    Attorney for the Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on Friday, May 13, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Service completed as indicated below.

tgablehouse@gcgllc.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Mr. Timothy R. Gablehouse, Esq.
Gablehouse Calkins & Granberg, LLC
410 Seventeenth Street, Suite 1375
Denver, Colorado 80202


☒ Fax:     303-572-3037

PRESTON & ASSOCIATES
Attorneys for Plaintiffs


s/ James E. Preston
James E. Preston  #20578
Preston & Associates
P. O. Box 844
Dolores, CO  81323-0844
(800)-807-5207
Fax: 800-807-5207
jep@prestonlaw.us

3