IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00208-WDM-KLM

COLORADO TRUST FOR PROTECTION & BENEFITS,
RAYMOND MCCARTY, and
SANDRA MCCARTY,

      Plaintiffs,

v.

SOUDER, MILLER & ASSOCIATES, INC., a Nevada Corporation,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Motion to Deem Facts Admitted Pursuant to Fed. R. Civ. P. 36(a)(3)** [Docket No. 43; Filed May 27, 2011] (the "Motion"). Pursuant to the Scheduling Order [Docket No. 16] governing this case, the Motion is premature. *See Scheduling Order* [#16] at 9, ¶ 4(d) (incorporating by reference "Section E.1" of the Order Setting Scheduling/Planning Conference [Docket No. 3]). The Order Setting Scheduling/Planning Conference [#3] provides as follows:

> No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR 7.1A. If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

*Order Setting Scheduling/Planning Conference* [#3] at 2 § E.1 (emphasis added).

      Defendant has not arranged a conference call to attempt to resolve the instant discovery dispute. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#43] is **DENIED without prejudice**.

      IT IS FURTHER **ORDERED** that neither party shall file a contested discovery motion

until after (1) unsuccessfully conferring with the other party pursuant to D.C.COLO.LCivR 7.1A, and (2) receiving leave from the Court to file the motion.  To conduct a hearing regarding a discovery dispute, the parties shall initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**.

As a final matter, the Court notes that the Motion does not comply with D.C.COLO.LCivR 10.1E, which requires all papers filed with the Court to be double-spaced. Any future motion that does not comply with this rule will be summarily denied without prejudice.

Dated:  May 31, 2011