IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00208-RBJ-KLM

COLORADO TRUST FOR PROTECTION & BENEFITS,
RAYMOND MCCARTY, and
SANDRA MCCARTY,

    Plaintiffs,

v.

SOUDER, MILLER & ASSOCIATES, INC., a Nevada Corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on parties' **Stipulated Motion to Modify Final Pretrial Order** [Docket No. 69; Filed December 7, 2011] (the "Motion"). The Court construes the Motion as a motion to amend the Final Pretrial Order [#68], entered on December 1, 2011.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Final Pretrial Order [#68] is hereby amended with respect to Defendant's witness David Fraley; Plaintiffs' Exhibits 2, 3, 7, and 13; and Defendant's Exhibit W, as stated in the parties' Motion. *See Motion* [#69] at 2.

    Dated:  December 9, 2011