IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action No. 10-cv-00208-RBJ-KLM

RAYMOND MCCARTY, and
SANDRA MCCARTY,

    Plaintiffs,

v.

SOUDER MILLER & ASSOCIATES, INC.,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 6th day of March, 2012.

BY THE COURT:

_____
R. Brooke Jackson, U.S. District Judge

_____
Plaintiff (Pro Se)

_____
Counsel for Defendant